HENRY MELHADO, Respondent, v. STEEL AND MASONRY CONTRACTING COMPANY, Appellant.

Appeal from judgment of the Supreme Court, entered in the New York county clerk's office on the 4th day of May, 1914, on verdict, and also from an order entered on the 7th day of May, 1914, denying a motion for new trial.

PER CURIAM: Upon all the testimony in this case, the finding of the jury that the defendant was negligent is against the clear weight of the evidence. The judgment and order appealed from are, therefore, reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. Judgment and order reversed, new trial ordered, costs to appellant to abide event.

---

THOMAS F. DEVINE, Respondent, v. WALTER MELTON, Appellant, Impleaded with THOMAS J. PRITCHETT.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 8th day of January, 1915, granting a temporary injunction and appointing a receiver.

PER CURIAM: The order appealed from should be modified by striking out so much thereof as provides for the appointment of a receiver and by providing that either party may hereafter apply for such appointment upon presenting proof that there may be danger of the loss of the fund. As so modified, the order is affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.